FILED

2005 NOV 30 PM 2:20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
N.D. CAL.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FERENC NEMETH,

        Petitioner,           No C-02-2689 VRW

        v

                                        ORDER

COMMISSIONER OF SOCIAL SECURITY,

        Respondent.

_____/

        By order dated July 27, 2005, the court ordered plaintiff Ferenc Nemeth to file his summary judgment motion on or before August 31. Doc # 12. The order stated: "If plaintiff fails to file a motion for summary judgment, or seek from the court an extension of time, within the time provided by this order, this action will be dismissed." By timely stipulation of the parties, the deadline for plaintiff to file his motion was extended to October 15, 2005. Doc #13.

\\

　　　　As of this date, plaintiff has not filed his motion nor sought a further extension of time. His action is therefore dismissed, without prejudice.

　　　　The clerk is directed to close the file and terminate all pending motions.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　/s/ Vaughn R Walker
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　VAUGHN R WALKER
　　　　　　　　　　　　　　　　United States District Chief Judge

2